USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____ 04/16/2026

# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003

212 228-9795    www.gottlieblaw.net

April 15, 2026

**VIA ECF**

The Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:  The Initial Conference set for 4/22/2026 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Monday, June 1, 2026 at 3:30 p.m.**
>
> **APPLICATION GRANTED**
>
> *Katharine H. Parker*
>
> **Hon. Katharine H. Parker, U.S.M.J.**
>
> **04/16/2026**

Re:     *Fagnani v. Dr. Browns Company*
        Case No.: 1:26-cv-596

Dear Judge Parker,

The undersigned respectfully requests that the Initial Conference scheduled for April 22, 2026, at 10:00 a.m. be adjourned for thirty (30) days. The parties are currently engaged in discussions regarding the potential resolution of this matter without judicial intervention and believe that a brief adjournment will allow them to meaningfully explore settlement and potentially conserve judicial and party resources.

The parties are in agreement as to this request. The undersigned further requests that the deadline to submit the Rule 26(f) report be extended accordingly. This is Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.