**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
MYKAYLA FAGNANI,

                     Plaintiff,

          -against-

DR. BROWNS COMPANY.,

                  Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

> **USDC SDNY**
> **DOCUMENT**
> **ELECTRONICALLY FILED**
> **DOC #:_____**
> **DATE FILED:____05/19/2026**

**26-CV-596 (DEH) (KHP)**

**ORDER ADJOURNING INITIAL**
**CASE MANAGEMENT**
**CONFERENCE**

     In light of the Notice of Voluntary Dismissal filed on May 18, 2026 (doc. no 11) the Initial

Case Management Conference currently scheduled for **June 1, 2026**, is hereby adjourned *sine*

*die*.

     **SO ORDERED.**

DATED:     New York, New York
             May 19, 2026

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge